IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **COLEY GASSAWAY** )<br>)<br>**Plaintiff,** )<br>V. )<br>**JARDEN CORPORATION, SUNBEAM** )<br>**PRODUCTS, INC. d/b/a JARDEN** )<br>**CONSUMER SOLUTIONS, and** )<br>**WAL-MART EAST, L.P.** )<br>)<br>**Defendants.** | Case No. 11-2496-RDR |

ENTRY OF APPEARANCE

**COMES NOW,** Jeremiah Johnson, and enters his appearance on behalf of Plaintiff Coley Gassaway on a limited basis in this case. Plaintiff's counsel wishes to participate in the Court's phone conference to seek a continuance to investigate the Plaintiff's claims, or alternatively, to seek leave to dismiss Plaintiff's case without prejudice to potentially be refilled at a later date.

Respectfully submitted by:

/S/Jeremiah Johnson

Jeremiah Johnson #22726
104 E. Poplar
Olathe, KS 66061
Office - (913)764-5010
Fax – (913)764-5012
Cell – (913)406-0732
Jeremiah@kcatty.com
www.KCatty.com

CERTIFICATE OF SERVICE

I certify that on November 28, 2011, I faxed a copy of this document to the following:

James W. Ozog
Wiedner & McAuliffe, Ltd.

1 North Franklin, Suite 1900
Chicago, IL 60610
312 596 4938 (office-direct dial)
630 248 6274 (cellular)
312 855 1792 (facsimile)
jwozog@wmlaw.com
Counsel for Defendants

Mr. Timothy Congrove
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
816 559 2130 (office-direct dial)
913 205 4041 (cellular)
816 421 2708 (facsimile)
tcongrove@shb.com
Counsel for Defendants

/S/Jeremiah Johnson
_____
**Jeremiah Johnson #22726**